UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN WAGNER and CAROL WAGNER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:18cv142 SNLJ |
| | ) |
| CNS TRANSPRO, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

On January 30, 2018, this Court ordered plaintiffs to file an amended complaint identifying the members of the defendant LLCs and indicating the citizenship of those members. Plaintiffs filed an amended complaint stating that the two LLC defendants have "no member who is a citizen of the State of Missouri." (#6 ¶¶ 3, 5.) The Eighth Circuit has held that unincorporated entities such as LLCs are citizens of every state of which any member is a citizen. *See GMAC Commercial Credit, LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004). The information plaintiffs provided is insufficient for the Court to examine the citizenship of each member of defendants. Furthermore, this Court is required to examine the parties for any potential conflicts of interest that the undersigned might possess. *See* 28 U.S.C. § 455.

Accordingly,

**IT IS HEREBY ORDERED** that, by March 26, 2018, plaintiff shall file an amended complaint in accordance with this memorandum.

**IT IS FURTHER ORDERED** that if plaintiff does not timely and fully comply with this order, this matter will be dismissed for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that all other proceedings in this case are **STAYED** pending further order of this Court.

Dated this   26th   day of February, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE