UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN WAGNER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:18cv142 SNLJ |
| | ) | |
| BRUCE WILLIAM GEORGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM and ORDER

Plaintiffs bring this lawsuit for injuries sustained in a traffic accident on Interstate 64 in St. Charles County, Missouri. Plaintiff sought to depose one of the defendants, Bruce George, in St. Louis, Missouri. At the time of the accident, defendant George was traveling from his home state of California to Florida. Although he is subject to jurisdiction in Missouri, defendant George objects to being deposed in St. Louis because travel is expensive and interferes with his job as a teacher. Defendant George requested that the plaintiff depose him in California, by telephone, or by video. Plaintiff refused.

Defendant George thus filed the instant motion to quash and motion for protective order. (#25.) Plaintiff did not respond to the motion. Because it appears that there is no reason plaintiff cannot take defendant George's deposition by phone, by video, or in an otherwise more convenient location, the Court will grant defendant's motion.

Accordingly,

IT IS HEREBY ORDERED that defendant George's motion to quash and motion for protective order is GRANTED.

Dated this  3rd  day of December, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE