UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN WAGNER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:18cv142 SNLJ |
| | ) |
| BRUCE WILLIAM GEORGE, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM and ORDER**

Plaintiffs bring this lawsuit for injuries sustained in a traffic accident against defendants Bruce George, CNS Transpro, LLC, and CNS Tank Lines, LLC. Defendant George has filed a motion for leave to file a crossclaim against defendants CNS Transpro and CNS Tank Lines. (#30.) No objections have been filed, and the time for doing so has now passed. Defendant George explains that has only now asserted his crossclaims because he recently learned that the two CNS defendants have settled with plaintiff but have remained parties to the action. Defendant George may seek a short extension of discovery deadlines if required. Accordingly,

IT IS HEREBY ORDERED that defendant George's motion for leave to file a crossclaim against defendants CNS Transpro and CNS Tank Lines is GRANTED.

Dated this __14th__ day of March, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE